# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAWSON, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ONE CALL MEDICAL, INC. DBA ONE CALL CARE MANAGEMENT, and ALIGN NETWORKS,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-1188-LAB-KSC<br><br>**ORDER DENYING MOTION FOR STAY [Dkt. 41]** |

　　Plaintiff Charles Dawson and Defendant One Call Medical, Inc. ("One Call") filed a Joint Motion and Stipulation for Order to Stay the Action Pending Mediation, requesting the Court stay the case until February 3, 2023. (Dkt. 41). This case was initially filed in San Diego County Superior Court on May 26, 2020, and later removed to federal court by One Call on June 26, 2020. (Dkt. 1). Most recently, on July 22, 2022, the Court granted One Call's partial Motion to Dismiss the Second Amended Class Action Complaint ("SAC"), dismissing Plaintiff's Unfair Competition Law claim, and leaving seven claims remaining in the case. (Dkt. 40).

　　The parties now represent that they intend on participating in a mediation

scheduled to take place on January 3, 2023, nearly five months from now, and they request that the Court issue a stay until February 3, 2021, a month after the scheduled mediation and more than two and a half years since the case was removed to this Court.

The Court has broad discretion when it comes to managing its docket and determining whether to stay a case. *Dependable Highway Express, Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007). While the Court is supportive of the parties' efforts to engage in mediation and resolve this case, the Court does not find good cause to delay the case for as long as requested. The Joint Motion is therefore **DENIED**. However, to the extent the parties wish to schedule a mediation to take place in the next sixty days, the Court will entertain granting a request to stay this case in the meantime. Otherwise, Defendants shall file an answer to the SAC within **twenty-one (21) days** of this Order.

**IT IS SO ORDERED**.

Dated:  August 19, 2022

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge